**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000384**
**16-JUL-2018**
**10:19 AM**

NO. CAAP-18-0000384

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FUJIKAWA ASSOCIATES, INC. dba CONTINENTAL MECHANICAL
OF THE PACIFIC, Plaintiff-Appellee,
v.
HAWAIIAN DREDGING CONSTRUCTION COMPANY, INC.,
Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 18-1-0047)


ORDER APPROVING THE JULY 9, 2018
STIPULATION FOR DISMISSAL OF APPEAL FILED MAY 2, 2018
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the July 9, 2018 "Stipulation for Dismissal of Appeal Filed May 2, 2018," by Defendant-Appellant Hawaiian Dredging Company, Inc. and Plaintiff-Appellee Fujikawa Associates, Inc., dba Continental Mechanical of the Pacific, and the record, it appears that (1) the appeal was docketed on June 28, 2018; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees incurred on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, July 16, 2018.


Presiding Judge


Associate Judge


Associate Judge